IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YUWSHA ALWAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PAMELA P. DEMBE, et al. | : | NO. 14-4001 |

**FILED**

AUG 2 2 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 22nd day of August, 2014, upon consideration of plaintiff's motion to

proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1.     Leave to proceed *in forma pauperis* is GRANTED.

2.     Plaintiff Yuwsha Alwan, #LD-4969, shall pay the full filing fee of $350 in

installments, pursuant to 28 U.S.C. § 1915(b).  Based on the financial information provided by

plaintiff, an initial partial filing fee of $55.76 is assessed.  The Superintendent or other

appropriate official at the State Correctional Institution at Houtzdale or at any other prison at

which plaintiff may be incarcerated is directed to deduct $55.76 from plaintiff's inmate trust

fund account, when such funds become available, and forward that amount to the Clerk of the

United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room

2609, Philadelphia, PA 19106, to be credited to Civil Action No. 14-4001.  After the initial

partial filing fee is collected and until the full filing fee is paid, the Superintendent or other

appropriate official at the State Correctional Institution at Houtzdale or at any other prison at

which plaintiff may be incarcerated, shall deduct from plaintiff's account, each time that

plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the

money credited to his account during the preceding month and forward that amount to the Clerk

of Court at the address provided above to be credited to Civil Action No. 14-4001.

3.      The Clerk of Court is directed to send a copy of this order to the Superintendent of the State Correctional Institution at Houtzdale.

4.      The complaint is DISMISSED with prejudice as legally frivolous and for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii), for the reasons stated in the Court's Memorandum.

5.      The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.